ANNA B. HUMPHREYS, INDIVIDUALLY AND AS EXECU-
TRIX, ETC., PLAINTIFF-RESPONDENT, v. HUMPHREYS
& RYAN, INCORPORATED, A CORPORATION, AND
DENNIS J. RYAN, DEFENDANTS-APPELLANTS.

Submitted January 27, 1933—Decided June 21, 1933.

Before Justices BODINE and DONGES.

For the defendants-appellants, *David T. Wilentz*.

For the plaintiff-respondent, *John C. Stockel*.

PER CURIAM.

The defendant appeals from an order striking its answer
and entering judgment for the plaintiff. The action was
brought for the reasonable value of the use and occupation
of premises known as No. 74 Main street, Woodbridge, New
Jersey. The complaint alleges that the reasonable value was
$320 a month. Judgment was entered for rent at the rate
of $333.34 a month. Affidavits of realtors indicated $175,
$190, $280 and $290 a month as a reasonable rental. The
answer denied the allegation that $320 was the reasonable
value of the use and occupation. Such denial seems neither
sham or frivolous. The issue was clearly for the jury and
not for the court.

The judgment is reversed.